**\*\* E-filed January 4, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNISENSE FERTILIZER A/S and FERTILITECH, INC., <br><br> Plaintiffs, <br> v. <br><br> AUXOGYN, INC.; and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Defendants. | No. C11-05065 HRL <br><br> **ORDER CONTINUING ADR DEADLINES AND CASE MANAGEMENT CONFERENCE** <br><br> **[Re: Docket No. 6]** |

In November 2011, plaintiffs Unisense Fertilizer A/S and Fertilitech, Inc. (collectively, "Fertilitech") requested that the court vacate or continue all case management deadlines to allow plaintiffs time to effect service of the complaint on defendants. Dkt. No. 4. The court granted that request in its Order of November 14, 2011. Dkt. No. 5 All parties, including the defendants, now move for a further continuance of all deadlines because defendants still have not been served and the parties appear to be conducting settlement negotiations. See Dkt. No. 6. The court reminds the plaintiffs that they may dismiss this action in its entirety should they wish to resolve this matter without court involvement. A further continuance will be GRANTED, but parties are advised that the court may not look favorably upon another similar request.

The parties are ordered to comply with the following schedule:

1   Last day to meet and confer re: initial disclosures, early settlement, ADR selection, and
2   discovery plan, to file ADR Certification, and to file either Stipulation to ADR Process or Notice of
3   Need for ADR Phone Conference is **January 17, 2012**.

4   Last day to file Rule 26(f) Report, complete initial disclosures or state objections, and to file
5   the Case Management Statement is **February 7, 2012**.

6   The Initial Case Management Conference will take place on **February 14, 2012 at 1:30**
7   **p.m.** in Courtroom 2, 5th Floor, 280 South First St., San Jose, CA 95113.

8   **IT IS SO ORDERED.**

9   Dated: January 4, 2012

10   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

2

**C11-05065 Notice will be electronically mailed to:**

Edward William Smithers      ews@smitherslf.com
Mark Fox Evans      mevens@skgf.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**